# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 5:03CR37-14-V |
| TROY DEAN BUSH | ) USM No: 17952-058 |
| Date of Previous Judgment: April 18, 2005, | ) Randolph M. Lee |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ■ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 120 to 135 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):   No reduction as the guideline range remains unchanged due to the mandatory statutory minimum sentence.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   April 18, 2005,   shall remain in effect.

**IT IS SO ORDERED**.

Order Date: June 1, 2009

Effective Date: June 1, 2009
(if different from order date)

Richard L. Voorhees
United States District Judge